**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Derrick JACKSON, Defendant–
Appellant.**

**No. 01–6846.**

United States Court of Appeals,
Fourth Circuit.

Decided July 26, 2001.

Submitted July 12, 2002.

Derrick Jackson, pro se.

Jamie M. Bennett, Assistant United States Attorney, Baltimore, MD, for appellee.

Before WILLIAMS, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Derrick Jackson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have re-

viewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See United States v. Jackson,* Nos. CR–96–354–MJG; CR–96–354–HNM; CA–00–3343–HNM (D.Md. May 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*